FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 25 2005
DAVID J. MALAND, CLERK
BY
DEPUTY ________

# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HEM MUTUAL ASSURANCE, LLC | § | |
| | § | |
| V. | § | CASE NO. 4:05CV51 |
| | § | (Judge Schell/Judge Bush) |
| SIGNATURE STOCK TRANSFER, INC., ET AL. | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On April 22, 2005, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendations that Plaintiff's Motion for Preliminary Injunction be granted and that Plaintiff be required to post a bond in the amount of $100.00.

As the parties have waived the right to object to the Report and Recommendation, the Court is of the opinion that the conclusions of the Magistrate Judge are correct and adopts the same as the conclusions of this Court. It is therefore

**ORDERED, ADJUDGED** and **DECREED** that Plaintiff's Motion for Preliminary Injunction is **GRANTED**. It is further

**ORDERED** Plaintiff shall post a bond in the amount of $100.00 to the Clerk of Court for the Eastern District of Texas.

**SIGNED** this 25th day of April, 2005.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE